## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**ERNEST CUMBIE,**

      **Petitioner,**

**vs.**                                **5:04-CV-402-SPM**

**WARDEN KEVIN WATSON,**

      **Respondent.**

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 18) dated October 30, 2006. The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections have been filed to date.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.      The magistrate judge's report and recommendation (doc. 18) is adopted and incorporated by reference in this order.

2.      The amended petition for writ of habeas corpus (doc. 6) is hereby

*denied.*

3.      This case is *dismissed*, and the clerk is directed to close the file.

**DONE AND ORDERED** this <u>twenty-first</u> day of December, 2006.

_s/ Stephan P. Mickle_
Stephan P. Mickle
United States District Judge